JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FLOYD SCOTT,

               Petitioner,

     v.

L. LUNDY,

               Respondent.

Case No. CV 25-10024-JVS (RAO)

JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: January 23, 2026

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE